UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |  |
|---|---|---|
| NABIL RASHID | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 13-028M |
| | : | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and CITIMORTGAGE, INC., | : | |
| | : | |
| Defendants. | : | |

**DEFENDANT CITIMORTGAGE, INC.'S MOTION FOR SUMMARY JUDGMENT**

Defendant CitiMortgage, Inc. ("CMI" or "Defendant") hereby moves for summary judgment pursuant to Rule 56 of the *Federal Rules of Civil Procedure*.

In support of this motion, CMI relies on the accompanying *Memorandum of Law* and supporting declarations.

CITIMORTGAGE, INC.

By its attorneys,

/s/ Joseph A. Farside, Jr.
Joseph A. Farside, Jr. (#7559)
Krystle Guillory Tadesse (#7944)
EDWARDS WILDMAN PALMER LLP
2800 Financial Plaza
Providence, RI  02903
(401) 274-9200
(401) 276-6611 (Fax)
jfarside@edwardswildman.com
ktadesse@edwardswildman.com

May 28, 2014

## **CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that on the 28th day of May, 2014, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

                                        /s/ Joseph A. Farside, Jr.